AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

CRAIG M. NICHOLS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:19-MJ-1429-KS

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Signature of Judge_

Kimberly A. Swank | US Magistrate Judge
Name of Judge | Title of Judge

9/26/2019
Date